**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ALLEN VIDEO TECHNOLOGY, INC. | |
| Plaintiff, | |
| v. | Civil Action No. 1:14-cv-02079-RWT |
| EPSON AMERICA, INC., and | |
| SEIKO EPSON CORPORATION, | **TRIAL BY JURY DEMANDED** |
| Defendants. | |

**CONSENT MOTION TO EXTEND THE TIME FOR ALL DEFENDANTS**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Allen Video Technology, Inc. ("AVT"), by and through its undersigned counsel, hereby moves to extend the time for Defendants Epson America, Inc., and Seiko Epson Corporation (Japan) (collectively, "Epson") to answer or otherwise plead in response to the Complaint in this action by 90 days to **October 27, 2014**. By telephone on July 17, 2014, Mr. Peter T. Ewald, counsel for Epson, agreed to waive service on behalf of Seiko Epson Corporation (Japan) and asked for a 90-day extension for all Defendants to answer or otherwise respond to the Complaint. By email on July 23, 2014, Mr. Ewald authorized the undersigned to represent that all Defendants consent to this motion.

Dated: July 23, 2014

Respectfully submitted,

   /s/ Joseph D. Lewis
Joseph D. Lewis

*Attorneys for Plaintiff*
*ALLEN VIDEO TECHNOLOGY, INC.*

Joseph D. Lewis
(Maryland Federal Bar # 13379)
**BARNES & THORNBURG LLP**
1717 Pennsylvania Ave, NW, Suite 500
Washington, DC 20006

(202) 289-1313 Telephone
(202) 289-1330 Facsimile
Email: joe.lewis@btlaw.com

*Of Counsel:*
Eugene M. Cummings
David Lesht
Martin Goering
**THE LAW OFFICES OF**
**EUGENE M. CUMMINGS, P.C.**
One North Wacker Drive, Suite 4130
Chicago, Illinois  60606
(312) 984-0144 Telephone
(312) 984-0146 Facsimile
E-mail: ecummings@emcpc.com
E-mail: dlesht@emcpc.com
E-mail: mgoering@emcpc.com

Joseph M. Vanek
Jeffrey R. Moran
**VANEK, VICKERS & MASINI, P.C.**
55 W. Monroe, Suite 3500
Chicago, IL 60603
(312) 224-1500 Telephone
(312) 224-1510 Facsimile
Email: jvanek@vaneklaw.com
Email: jmoran@vaneklaw.com

### <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing **Consent Motion to Extend**

**the Time for All Defendants to Answer or Otherwise Respond to the Complaint** was served

via e-mail on this 23rd day of July, 2014 on the following counsel for all defendants:

Peter T. Ewald, Esq.
Oliff PLC
277 S. Washington St., Suite 500
Alexandria, Virginia 22314
pewald@oliff.com

                              */s/ Joseph D. Lewis*
                              Joseph D. Lewis